UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE UNGER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. C15-5621-RAJ-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 12.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall re-evaluate the medical evidence, especially Dr. Jones's opinion with regard to plaintiff's manipulative limitations. The RFC and step five determinations should also be re-evaluated, as necessary. Upon proper presentation, this Court will consider plaintiff's application for attorney fees, costs, and expenses.

The Court recommends that United States District Judge Richard A. Jones immediately

REPORT AND RECOMMENDATION
PAGE - 1

1  approve this Report and Recommendation and order the case REVERSED and REMANDED for

2  further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed

3  order accompanies this Report and Recommendation.

4      DATED this 20th day of January, 2016.

                                              Mary Alice Theiler
                                              United States Magistrate Judge