1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6    MICHELLE UNGER,

7                          Plaintiff,          CASE NO. C15-5621-RAJ

8           v.

9    CAROLYN W. COLVIN, Acting              ORDER OF REMAND

10   Commissioner of Social Security,

11                          Defendant.

12

13          The parties filed a stipulated motion to reverse and remand this case for further

14   administrative proceedings.  (Dkt. 12.)  It is therefore ORDERED:

15          (1)     The Court adopts the Report and Recommendation;

16          (2)     The Court REVERSES and REMANDS this matter for further

17   administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge

19   Theiler.

20          DATED this 3rd day of February, 2016.

21

22

        _____
        The Honorable Richard A. Jones
23      United States District Judge

ORDER OF REMAND
PAGE - 1