UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE UNGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | NO. 3:15-cv-05621-RAJ<br><br>ORDER FOR ATTORNEY'S FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $7,145.50, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $2,157.08

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

under the Equal Access to Justice Act, leaving a remaining fee of $4,988.42. Social Security is directed to send $4,988.42 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 1st day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055